## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **THOMAS R. CRANMER,** | ) |
| | ) |
| **Plaintiff** | ) |
| v. | )   Civil No.   07-99-P-S |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 10) filed March 5, 2008, the Recommended Decision is **AFFIRMED.**

Accordingly, it is **ORDERED** that the decision of the commissioner is **VACATED** and the case is **REMANDED** for further proceedings.

    /s/ George Z. Singal  
Chief United States District Judge

Dated this 25th day of March, 2008.